No. 93–1051. SINGLETARY, SECRETARY, FLORIDA DEPART-MENT OF CORRECTIONS v. DUEST. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 93–1078. BALTIMORE TEACHERS UNION, AMERICAN FED-ERATION OF TEACHERS LOCAL 340, AFL–CIO, ET AL. v. MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND, ET AL.; and

No. 93–1173. BALTIMORE CITY LODGE NUMBER 3, FRATERNAL ORDER OF POLICE v. MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND, ET AL. C. A. 4th Cir. Motion of Fraternal Order of Police, Grand Lodge, for leave to file a brief as *amicus curiae* in No. 93–1173 granted. Certiorari denied. 